IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2012 FEB -2 P 2: 33
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Plaintiff,
John P. Johnson
Plaintiff Pro Se

vs.

CASE NO: SA11CA0560-OG

Defendant.
FIA Card Services
1100 N King Street
Wilmington, DE 19884

Motion to dismiss

Comes now the Plaintiff John P. Johnson I hereby submit my motion to dismiss this case.

/s/ Johnson

John P. Johnson
mailing: 11006 Clifton
San Antonio, TX 78230

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff,
John P. Johnson
vs.   Plaintiff Pro Se

CASE NO: SA 11 CA 0560-OG

Defendant.
FIA Card Services
1100 N King street
Wilmington, DE 19884

Order

The Motion to dismiss is granted.

_____
Judge

/s/ J.P. Johnson

John P. Johnson
mailing: 11006 Clifton Forge
San Antonio, TX 78230